UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ELLIOTT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-3231-B |
| | ) | (Consolidated with |
| UNITED STATES OF AMERICA, ET AL., | ) | No. 3:16-CV-3232-B) |
|     Defendants. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's claims that Defendants Sgt. Greg Nottingham and Lt. Sherman failed to protect him shall proceed and process shall be issued as to these Defendants, the United States Marshal Service shall serve process on Defendants at the Hunt County Jail;

(2) Plaintiff's claims against all other Defendants are dismissed;

(3) The Clerk shall transmit a true copy of this Order to Plaintiff;

(4) A copy of this order shall be mailed to the Hunt County District Attorney's Office;

(5) The Clerk of the Court shall return this case to the district judge for further proceedings and issue summons.

Signed this 17th day of July, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE