UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ELLIOTT, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:16-CV-3231-B-BT |
| UNITED STATES OF AMERICA, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 25, 2019. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Michael Elliott's "Traverse" (ECF No. 55), which the Court construes as a motion under Fed. R. Civ. P. 60(b), is **DENIED**.

**SO ORDERED** this 15th day of April, 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1